Eugene Higgins v. Alwold Realty Company and Others.— Motion to dismiss granted, with ten dollars costs, unless defendants comply with terms stated in order.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louise Sinnott v. Ward Bread Company.— Motion to dismiss appeal denied.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William H. Hale v. Albert J. Seligsbert and Others.— Application denied, with ten dollars costs.— Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles M. Morand v. Manhattan Navigation Company.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Josef Skiba v. Holbrook, Cabot & Rollins Corporation.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isaac Goldowitz and Others v. Henry Kupfer & Company.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis Ettlinger v. Theodore Kruger.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles A. Hollingsworth v. New York Railways Company.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Solomon Malsman v. David Horowitz.— Application denied, with ten dollars costs.  Order signed.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The Messiah Home for Children, etc., v. Henry H. Rogers, Jr., Individually, and Others.— Motion granted; question certified as stated in order.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Morris Feinsot and Others v. Maurice J. Burstein.— Motion granted.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Christina Oothout v. Mary Warner and Others.— Motion granted; question certified as stated in order.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Albert Burke v. Pittsburg Contracting Company.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Samuel E. Bolles v. William Scheer.— Motion denied, with ten dollars costs.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William R. Hearst v. The New York Central and Hudson River Railroad Company.— Motion granted, with leave to plaintiff to move to vacate stay unless the case is argued during the June term.  Order to be settled